2007 ME 61

## Claudia LOWD

v.

## Antonios N. DIMOULAS.

Supreme Judicial Court of Maine.

Submitted on Briefs: March 29, 2007.

Decided: May 17, 2007.

Edward W. Gould, Gross, Minsky & Mogul, P.A., Bangor, for plaintiff.

Michael P. Harman, Law Offices of Dean A. Beaupain, Millinocket, for defendant.

Panel: SAUFLEY, C.J., and CLIFFORD, ALEXANDER, CALKINS, LEVY, and SILVER, JJ.

PER CURIAM.

[¶ 1] Antonios N. Dimoulas appeals from an order entered in the District Court (Bangor, *Gunther, J.*) modifying an earlier divorce judgment. He contends that the court abused its discretion or committed legal or factual error in: (1) failing to award to him primary residential care of the parties' children; (2) determining the parties' incomes for purposes of child support; (3) failing to employ the child support guidelines for parents who provide substantially equal care; and (4) establishing the date upon which a retroactive decrease in child support would take effect. Because Dimoulas failed to submit an appendix that permits appellate review, we dismiss his appeal. *See* M.R.App. P. 8(j); *State v. Ross*, 2004 ME 12, ¶ 1, 841 A.2d 814, 814–15. Even if we were to reach the merits of the appeal, we discern no basis for upsetting the modification judgment. *See Grenier v. Grenier*, 2006 ME 99, ¶ 20, 904 A.2d 403, 408; *Payne v. Payne*, 2006 ME 73, ¶ 7, 899 A.2d 793, 795; *White v. Nason*, 2005 ME 73, ¶ 15, 874 A.2d 891, 895; *Dargie v. Dargie*, 2001 ME 127, ¶ 23, 778 A.2d 353, 358.

The entry is:

Appeal dismissed.